IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL MARKET BRANDS,<br><br>    **Plaintiff and**<br>        **Counterclaim Defendant,**<br><br>    v.<br><br>MARTIN INTERNATIONAL<br>CORPORATION,<br><br>    **Defendant and**<br>        **Counterclaim Plaintiff,** | Civ. No. 1:09-cv-81E<br>Under Seal |

| |
|---|
| MARTIN INTERNATIONAL<br>CORPORATION,<br><br>    **Third-Party Plaintiff,**<br><br>    v.<br><br>C.A. CURTZE, INC.,<br>JACABOSON FOOD SERVICE, INC., and<br>NORTHERN FROZEN FOODS, INC. d/b/a<br>NORTHERN HASEROT,<br><br>    **Third-Party Defendants,** |

## ORDER

AND NOW, this 24th day of October, 2012, it is hereby ORDERED, ADJUDGED, and DECREED that Martin International Corporation's Motion for Partial Summary Judgment [ECF No. 51] is hereby GRANTED as follows:

    1.    Martin's Motion for Summary Judgment is GRANTED as to Count I of its

30

Counterclaim against IMB for Federal Trademark Infringement. Judgment is entered in favor of Martin and against IMB.

2. Martin's Motion for Summary Judgment is GRANTED as to Count I of its Third-Party Complaint against Curtze, Jacobstein, and Haserot ("IMB Defendants") for Federal Trademark Infringement. Judgment is entered in favor of Martin and against Curtze, Jacobstein, and Haserot.

A pre-trial conference is scheduled for the matters of Counts II and III false designation and representation of origin and unfair competition, and for preclusion of IMB obtaining a registration of its United States Trademark Application Serial Nos. 77/159,769 and 77/609,203 of the Counter Claim and Count II false designation of the Third Party Claim in the Honorable Maurice B. Cohill, Jr.'s **Pittsburgh** chambers, Suite 8170, U.S. Courthouse and Post Office, 700 Grant Street, Pittsburgh, PA 15219 on Wednesday, November 14, 2012 at 1:00 pm.

*Maurice P. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Court Judge